1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
7
8   UNITED STATES OF AMERICA,        )
                                     )
9           Plaintiff,                )   CR-03-2193-WFN-1
                                     )
10      vs.                          )
                                     )
11  SERGIO MANUEL CISNEROS,          )   Order of Forfeiture
                                     )
12          Defendant.                )
                                     )
13
        WHEREAS, on January 16, 2007, the Defendant entered a guilty plea to
14
    Counts 1 and 31 of the Superseding Indictment filed herein. Count 1 charged
15
    Conspiracy to Distribute Controlled Substances and Aiding and Abetting, in
16
    violation of 21 U.S.C. § 846 and 18 U.S.C. § 2, and Count 31 charged that the
17
    Defendant was jointly and severally liable, pursuant to 21 U.S.C. § 853, for a sum
18
    of money equal to $5,000,000.00, which represents the amount of proceeds
19
    obtained as a result of the controlled substance, money laundering and
20
    racketeering violations;
21
        WHEREAS, the United States has filed a Motion for Entry of an Order of
22
    Forfeiture which would consist of a personal money judgment against the
23
    Defendant in the amount of $5,000,000.00; and,
24
        WHEREAS, Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary
25
    proceeding is required to the extent that the forfeiture consists of a money
26
    judgment,"
27
28

Order of Forfeiture -1-
P30402dm.aab.wpd

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $5,000,000.00 in United States currency pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at the time of the entry of this Order and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $5,000,000.00 to satisfy the money judgment in whole or in part.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide copies to counsel.

DATED this 30th day of May, 2007.

s/ Wm. Fremming Nielsen

Wm. Fremming Nielsen
Senior United States District Judge

Presented by:

James A. McDevitt
United States Attorney

s/Gregory M. Shogren

Gregory M. Shogren
Assistant United States Attorney

Order of Forfeiture -2-
P30402dm.aab.wpd