UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>               Plaintiff, <br>     -vs- <br> SERGIO MANUEL CISNEROS, <br>               Defendant. | NO.    CR-03-2193-WFN-1 <br><br> ORDER |

Pending before the Court is Defendant's Motion for Reduction of Sentence in Light of the November First 2010 Amendments to the U.S.S.G. (ECF No. 272). Mr. Cisneros benefitted from a binding plea agreement for 180 months. The Court accepted the parties' binding plea agreement and sentenced Mr. Cisneros accordingly. The Court makes no findings regarding the applicability of the new crack cocaine guidelines on Mr. Cisneros' guideline calculations. Though the Court did review the guideline range as well as the 18 U.S.C. § 3553 factors at the sentencing hearing, Mr. Cisneros' sentence was not based on the guideline range. Thus, the amendments do not affect the Court's final decision as to his sentence.

The Court has reviewed the file and Motion and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that Mr. Cisneros' *pro se* Motion for Reduction in Sentence, filed April 15, 2011, **ECF No. 272**, is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to counsel and Mr. Sergio Cisneros.

ORDER - 1

1 **DATED** this 10th day of June, 2011.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
06-09    SENIOR UNITED STATES DISTRICT JUDGE

Case 2:03-cr-02193-WFN    Document 274    Filed 06/13/11

ORDER - 2